**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 24-6817**

―――――――――――

DEANDRE L. FULLER,

        Petitioner - Appellant,

    v.

DIRECTOR SPARTANBURG COUNTY DETENTION CENTER,

        Respondent - Appellee.

―――――――――――

Appeal from the United States District Court for the District of South Carolina, at Greenville.  David C. Norton, District Judge.  (6:24-cv-03449-DCN)

―――――――――――

Submitted:  November 14, 2024                     Decided:  November 19, 2024

―――――――――――

Before THACKER and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Deandre Lashun Fuller, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deandre Lashun Fuller appeals the district court's order denying relief on his 28 U.S.C. § 2241 petition. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B). The magistrate judge recommended that relief be denied and advised Fuller that failure to file timely, specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017); *Wright v. Collins*, 766 F.2d 841, 846-47 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140, 154-55 (1985). Fuller has forfeited appellate review by failing to file objections to the magistrate judge's recommendation after receiving proper notice. Accordingly, we affirm the judgment of the district court. We also deny Fuller's motion to appoint counsel.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2